IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION



| | |
|---|---|
| N.B. HANDY COMPANY, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CHICAGO METALLIC CORPORATION, ET AL., <br><br> *Defendants.* | CIVIL ACTION NO. 6:04-CV-00051 <br><br><br> <u>ORDER</u> <br><br><br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss, filed December 9, 2004, is hereby GRANTED.

It is so ORDERED.

The Clerk of the Court is hereby directed to STRIKE this case from the docket, and further directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: *[signature]*
U.S. District Judge

July 8, 2005
Date